AO 450 (SCD 04/2010) Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the

District of South Carolina

Marie Assa'ad-Faltas,

         *Petitioner*

       v.                                 Civil Action No.   1:11-cv-03079-TLW

State of South Carolina; Nimrata R. Haley, as SC's Governor; Alan Wilson, as SC's Attorney General; Jean Toal, as administrative head of all SC's state courts; Mark Keel, as Chief of SC's State Law Enforcement Division (SLED); Ken Lancaster, as Acting Head of SC's Department of Public Safety; Leon Lott, as Sheriff of Richland County, SC, and Warden of the Alvin S. Glenn Detention Center (ASGDC); Jeannette McBride, as Richland County's Clerk of Court; William Nettles, as U.S. Attorney for the District of South Carolina (D.S.C.); the City of Columbia, SC; and Leslie Coggiola, officially as SC's Disciplinary Counsel, all officially and solely for injunctive relief,

         *Respondent*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *( name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the petitioner, Marie Assa'ad-Faltas, shall take nothing of the respondents, State of South Carolina, Nimrata R. Haley; Alan Wilson; Jean Toal; Mark Keel; Ken Lancaster; Leon Lott; Jeannette McBride; William Nettles; the City of Columbia, SC; and Leslie Coggiola, all officially and solely for injunctive relief, as to the petition filed pursuant to 28 U.S.C. §2254 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the petition without prejudice.

Date:  January 27, 2012                                          *CLERK OF COURT*

                                                                    s/A.Buckingham
                                                        _____
                                                         *Signature of Clerk or Deputy Clerk*